NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5043

ALFRED ALOISI, CANDIS ALOISI, HEIRS OF DONALD W. GOODMAN,
ENERGEL INC., DYNATECH CORPORATION, JAMES KENDLE,
and LIBERTY MINING, INC.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in 95-CV-650, Senior Judge Lawrence S. Margolis.

ON MOTION

## O R D E R

Counsel for the appellants move for leave to withdraw.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted.  New counsel must enter an appearance within 30 days of the date of filing of this order.

(2)     The appellants' opening brief is due within 60 days of the date of filing of this order.

FOR THE COURT

**MAY - 7 2009**

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 7 2009

JAN HORBALY
CLERK

cc: George E. Quillin, Esq.
Alfred Aloisi
Candis Aloisi
Heirs of Donald W. Goodman
James Kendle
Energel, Inc.
Dynatech Corporation
Liberty Mining, Inc.
Joan M. Pepin, Esq.

s8